1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Scott G. Lawson (Bar No. 174671)
2    Patrick C. Doolittle (Bar No. 203659)
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Fax: (415) 875-6700

5  Attorneys for Defendant
   International Business Machines Corporation
6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN JOSE DIVISION
10

11 | WEIGANG HUANG,                        )  Case No. CO4-01867 JW
                                           )
12 |                  Plaintiff,            )  **STIPULATION AND**
                                           )  **[PROPOSED] ORDER RE:**
13 |         v.                             )  **DEPOSITION OF PLAINTIFF**
                                           )
14 | INTERNATIONAL BUSINESS                 )
   | MACHINES, INC. A.K.A. "IBM,"           )
15 |                                        )
                                           )
16 |                  Defendant.            )
                                           )
17                                         )

18

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. Plaintiff and his counsel shall appear for deposition on August 4, 2005 at 10:00 a.m. in the offices of Quinn Emanuel Urquhart Oliver & Hedges LLP, 50 California Street, 22nd floor, San Francisco, California 94111. On that day, plaintiff shall sit for deposition for seven hours of deposition time or for such other amount of time as the parties may mutually agree upon prior to that date.

2. In their Joint Case Management Statement, the parties stipulated: "The parties agree that the deposition of plaintiff may take more than 7 hours." Accordingly, in the event IBM is unable to finish the deposition on August 4 2005, plaintiff shall meet and confer in good faith with IBM to determine a date on which to conclude plaintiff's deposition and shall make himself available to complete the deposition on a subsequent date in no event later than August 31, 2005.

3. Plaintiff shall not engage in any additional discovery prior to the conclusion of his deposition.

Dated: July 21, 2005

LAW OFFICE OF STANLEY G. HILTON

By: _____
Stanley G. Hilton
Attorney for Plaintiff

Dated: July 21, 2005

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: /s/
Patrick C. Doolittle
Attorney for International Business Machines Corp.

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/25/05

/s/ Patricia V. Trumbull
United States Magistrate Judge