QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Scott G. Lawson (Bar No. 174671)
  Patrick C. Doolittle (Bar No. 203659)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Fax: (415) 875-6700
scottlawson@quinnemanuel.com
patrickdoolittle@quinnemanuel.com

Attorneys for Defendant
International Business Machines Corporation

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WEIGANG HUANG,<br><br>        Plaintiff,<br><br>    v.<br><br>INTERNATIONAL BUSINESS MACHINES, INC. A.K.A. "IBM,"<br><br>        Defendant. | Case No. CO4-01867 JW<br><br>**ORDER GRANTING INTERNATIONAL BUSINESS MACHINES CORPORATION'S MOTION PURSUANT TO CIVIL L.R. 7-11 and 79-5 TO FILE UNDER SEAL (1) EXHIBIT A TO THE DECLARATION OF SUSAN GREY IN SUPPORT OF IBM'S MOTION FOR SUMMARY JUDGMENT AND (B) EXHIBITS 15 AND 16 TO THE DECLARATION OF PATRICK DOOLITTLE IN SUPPORT OF IBM'S MOTION <u>FOR SUMMARY JUDGMENT</u>**<br><br>Date: November 28, 2005<br>Time: 9:00 a.m.<br>Dept.: Courtroom 8, 4th Floor<br>Judge: Hon. James Ware |

ORDER GRANTING IBM'S MOTION TO SEAL
Case No. CO4-01867 JW

50824/36792.1

1  International Business Machines Corporation ("IBM") has submitted an administrative
2  request to seal Exhibit A to the Declaration of Susan Grey in Support of IBM's Motion for
3  Summary Judgment and Exhibits 15 and 16 to the Declaration of Patrick Doolittle in Support of
4  IBM's Motion for Summary Judgment.
5  Good cause appearing, the Court orders such documents sealed.  The Clerk of the Court
6  is directed to retain such documents under seal.
7  IT IS SO ORDERED.

_____
United States District Judge

ORDER GRANTING IBM'S MOTION TO SEAL
Case No. CO4-01867 JW                                    -2-                                    50824/36792.1

**Declaration of Patrick C. Doolittle In Support of
IBM's Administrative Motion to File Document Under Seal**

I, PATRICK C. DOOLITTLE, declare as follows:

1. I am an attorney at law, duly licensed to practice in the State of California. I am an associate with the law firm of Quinn, Emanuel, Urquhart, Oliver & Hedges, counsel for Defendant Scott Epstein. I submit this declaration in support of IBM's Administrative Motion to File Document Under Seal. Unless otherwise noted, I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto.

2. The Declaration of Susan Grey in Support of IBM's Motion for Summary Judgment has one Exhibit, Exhibit A. I have reviewed Exhibit A to Ms. Grey's Declaration and it is a document entitled Staff Reduction Selection Worksheet. The document contains information that may raise privacy concerns of the plaintiff and other individuals referenced since it relates to their job performance, as assessed by management.

3. Exhibits 15 and 16 of my declaration in support of IBM's Motion for Summary Judgment are plaintiff's performance reviews.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed this 24th day of October 2005, at Redwood Shores, California.

_____/s/_____
Patrick C. Doolittle