IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Weigang Huang, | NO. C 04-01867 JW |
| Plaintiff, | **ORDER VACATING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| International Business Machines, Inc. | |
| Defendant. | |

On November 21, 2005, the Court received an untimely ex parte application from Plaintiff's attorney for a continuance in the above entitled motion currently scheduled for November 28, 2005 at 9 a.m. The Court deems Defendant's motion for summary judgment appropriate for submission on the papers. See Civ. L.R. 7-1(b). Accordingly, the hearing on November 28, 2005 is vacated and Plaintiff's application is moot.

Dated: November 21, 2005

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Carlos A. Trujillo carlostrujillo@quinnemanuel.com
Patrick C. Doolittle patrickdoolittle@quinnemanuel.com
Scott G. Lawson scottlawson@quinnemanuel.com
Stanley G. Hilton FROG727@AOL.COM

**Dated: November 21, 2005**                          **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
        **Ronald L. Davis**
        **Courtroom Deputy**